# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| RICK WEESE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLACK & DECKER, Inc., et al., )<br>)<br>Defendants. ) | Case No. 05-3031-CV-S-RED |

## ORDER

Now before the Court is the November 28, 2007, Rule 68 Offer and Acceptance Filing (#175). Counsel for defendants sent counsel for plaintiff a letter dated November 20, 2007, offering judgment in the amount of $900,000 "inclusive of all costs accrued to date, including any applicable prejudgment interest, attorney's fees, and court costs." Counsel for plaintiff responded by letter dated November 26, 2007 accepting the offer. Therefore the conditions of Rule 68 have been satisfied, and judgment in the amount of $900,000 is hereby entered in favor of plaintiff and against defendants in full and final resolution of all claims in this case. Each party is responsible for his or its own fees and costs through the date of this order.

**IT IS SO ORDERED.**

DATE:   December 3, 2007    */s/ Richard E. Dorr*
                            RICHARD E. DORR, JUDGE
                            UNITED STATES DISTRICT COURT